FOLGER LEVIN & KAHN LLP
Lisa M. van Krieken (CSB No. 121808, lvankrieken@flk.com)
Genevieve E. Evarts (CSB No. 226874, gevarts@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA  94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Defendants Hyatt Corporation
dba Hyatt Regency San Francisco Airport, Jimmy
Flores, Ron Gray, Tom Phipps and Jose Reyes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THROY OTANES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HYATT REGENCY HOTEL (BURLINGAME), JIMMY FLORES, RON GRAY, TOM PHIPPS, JOSE REYES, and DOES ONE through FIFTY,<br><br>　　　　　Defendants. | Case No.  CV 07-5936 MHP<br><br>**CERTIFICATE OF SERVICE BY MAIL**<br><br>Complaint Filed in State Court:  May 15, 2007 |

I, Laura A. Escobar, state:

My business address is Embarcadero Center West, 275 Battery Street, 23rd Floor, San Francisco, California  94111.  I am over the age of eighteen years and not a party to this action.

On the date set forth below, I served the foregoing document(s) described as:

**NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT UNDER 28 U.S.C. SECTION 1441(b) (Federal Question)**

**NOTICE TO PLAINTIFF OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT (Superior Court of California, County of San Mateo, Case No. CIV463003)**

**CIVIL COVER SHEET**

**WELCOME TO THE U.S. DISTRICT COURT (with list of Judges attached (Court Handout)**

**ECF Registration Information Handout**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

**NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION**

**ADR DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA (Court Handout)**

on the following person in this action:

>  **May Antoinette G. Teodoro, Esq.**
>  **M.G. TEODORO LAW**
>  **1625 The Alameda, Ste. 800**
>  **San Jose, CA 95126**

☒ BY FIRST CLASS MAIL: I am employed in the City and County of San Francisco where the mailing occurred. I enclosed the document(s) identified above in a sealed envelope or package addressed to the person(s) listed above, with postage fully paid. I placed the envelope or package for collection and mailing, following our ordinary business practice. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 26, 2007 at San Francisco, California.

> /s/ Laura A. Escobar
> Laura A. Escobar

47903\5031\575507.1