| | |
|---|---|
| 1 | FOLGER LEVIN & KAHN LLP |
| | Lisa M. van Krieken (CSB No. 121808, lvankrieken@flk.com) |
| 2 | Genevieve E. Evarts (CSB No. 226874, gevarts@flk.com) |
| | Embarcadero Center West |
| 3 | 275 Battery Street, 23rd Floor |
| | San Francisco, CA  94111 |
| 4 | Telephone: (415) 986-2800 |
| | Facsimile: (415) 986-2827 |
| 5 | |
| | Attorneys for Defendants Hyatt Corporation |
| 6 | dba Hyatt Regency San Francisco Airport, Jimmy |
| | Flores, Ron Gray, Tom Phipps and Jose Reyes |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THROY OTANES, | Case No.  CV 07 5936 MHP |
| Plaintiff, | |
| v. | **CERTIFICATE OF INTERESTED PARTIES** |
| HYATT REGENCY HOTEL (BURLINGAME), JIMMY FLORES, RON GRAY, TOM PHIPPS, JOSE REYES, and DOES ONE through FIFTY, | Complaint Filed in State Court:  May 15, 2007 |
| Defendants. | |

Pursuant to Civil L.R.3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:  Plaintiff Throy Otanes; Defendant Hyatt Corporation d/b/a Hyatt Regency San Francisco Airport; Individual Defendants Jimmy Flores, Ron Gray, Tom Phipps and Jose Reyes; St. Paul Mercury; and Travelers.

| | |
|---|---|
| Dated: December 19, 2007 | FOLGER LEVIN & KAHN LLP |
| | /s/ *Lisa M. van Krieken* |
| | Lisa M. van Krieken |
| | Attorneys for Defendants Hyatt Corporation dba Hyatt Regency San Francisco Airport, Jimmy Flores, Ron Gray, Tom Phipps and Jose Reyes |

47903\5035\580598.1

-2-