FOLGER LEVIN & KAHN LLP
Lisa M. van Krieken (CSB No. 121808, lvankrieken@flk.com)
Genevieve E. Evarts (CSB No. 226874, gevarts@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Defendants Hyatt Corporation
dba Hyatt Regency San Francisco Airport, Jimmy
Flores, Ron Gray, Tom Phipps and Jose Reyes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THROY OTANES,<br><br>                   Plaintiff,<br><br>          v.<br><br>HYATT REGENCY HOTEL (BURLINGAME), JIMMY FLORES, RON GRAY, TOM PHIPPS, JOSE REYES, and DOES ONE through FIFTY,<br><br>                   Defendants. | Case No. CV 07 5936 MHP<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL**<br><br>Complaint Filed in State Court: May 15, 2007 |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*," on the Court's ADR Internet site www.adr.cand.uscourts.gov;

(2) Discussed the available dispute resolution options provided by the court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

| | | |
|---|---|---|
| 1 | Dated: February 19, 2008 | _/s/ Jimmy Flores_____<br>Jimmy Flores |
| 2 | | |
| 3 | Dated: February 19, 2008 | |
| 4 | | _____/s/ Ron Gray_____<br>Ron Gray |
| 5 | | |
| 6 | Dated: February 19, 2008 | _____/s/ Tom Phipps_____<br>Tom Phipps |
| 7 | | |
| 8 | Dated: February 19, 2008 | _____/s/ Jose Reyes_____<br>Jose Reyes |
| 9 | | |
| 10 | Dated: February 19, 2008 | _____/s/ Marilyn Tomasello_____<br>Marilyn Tomasello for Defendant Hyatt Corporation<br>d/b/a Hyatt Regency San Francisco Airport |
| 11 | | |
| 12 | Dated: February 19, 2008 | |
| 13 | | ___/s/ Lisa M. van Krieken____<br>Lisa M. van Krieken<br>Attorneys for Defendant<br>Hyatt Corporation<br>d/b/a Hyatt Regency San Francisco Airport,<br>Jimmy Flores, Ron Gray, Tom Phipps and Jose Reyes |

47903\5035\589311.1

-2-