| | |
|---|---|
| 1 | FOLGER LEVIN & KAHN LLP |
| | Lisa M. van Krieken (CSB No. 121808, lvankrieken@flk.com) |
| 2 | Genevieve E. Evarts (CSB No. 226874, gevarts@flk.com) |
| | Embarcadero Center West |
| 3 | 275 Battery Street, 23rd Floor |
| | San Francisco, CA 94111 |
| 4 | Telephone: (415) 986-2800 |
| | Facsimile: (415) 986-2827 |

Attorneys for Defendants Hyatt Corporation dba Hyatt Regency San Francisco Airport, Jimmy Flores, Ron Gray, Tom Phipps and Jose Reyes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THROY OTANES, | Case No. CV 07 5936 MHP |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
| HYATT REGENCY HOTEL (BURLINGAME), JIMMY FLORES, RON GRAY, TOM PHIPPS, JOSE REYES, and DOES ONE through FIFTY, | Complaint Filed in State Court: May 15, 2007 |
| Defendants. | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process: <u>Early Neutral Evaluation (ENE) (ADR L.R. 5).</u>

The parties agree to hold the ADR session by the presumptive deadline (or 90 days from the date of the order referring the case to an ADR process unless otherwise ordered).

1 | Dated: February 19, 2008

___/s/ May Antoinette G. Teodoro__
May Antoinette G. Teodoro, Esq.
Attorney for Plaintiff Throy Otanes

Dated:  February 19, 2008

___/s/ Lisa M. van Krieken____
Lisa M. van Krieken
Attorneys for Defendants
Hyatt Corporation d/b/a/
Hyatt Regency San Francisco Airport,
Jimmy Flores, Ron Gray,
Tom Phipps and Jose Reyes

### [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to: <u>Early Neutral Evaluation (ENE)</u>.

Deadline for ADR session:

____   90 days from the date of this order.

____   Other: _____.

IT IS SO ORDERED.

Dated: _____                                 _____
                                                                                        Marilyn Hall Patel
                                                                                        U.S. District Judge

47903\5035\589312.1