1  FOLGER LEVIN & KAHN LLP
   Lisa M. van Krieken (CSB No. 121808, lvankrieken@flk.com)
2  Genevieve E. Evarts (CSB No. 226874, gevarts@flk.com)
   Embarcadero Center West
3  275 Battery Street, 23rd Floor
   San Francisco, CA  94111
4  Telephone: (415) 986-2800
   Facsimile: (415) 986-2827
5
   Attorneys for Defendants Hyatt Corporation
6  dba Hyatt Regency San Francisco Airport, Jimmy
   Flores, Ron Gray, Tom Phipps and Jose Reyes
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | THROY OTANES, | Case No.  CV 07 5936 MHP |
|---|---|---|
| 12 | Plaintiff, | |
| 13 | v. | **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
| 14 | HYATT REGENCY HOTEL (BURLINGAME), JIMMY FLORES, RON GRAY, TOM PHIPPS, JOSE REYES, and DOES ONE through FIFTY, | |
| 15 | | |
| 16 | | Complaint Filed in State Court:  May 15, 2007 |
| 17 | Defendants. | |

18       Counsel report that they have met and conferred regarding ADR and have reached the
19  following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:
20       The parties agree to participate in the following ADR process:  <u>Early Neutral Evaluation
21  (ENE) (ADR L.R. 5).</u>
22       The parties agree to hold the ADR session by the presumptive deadline (or 90 days from
23  the date of the order referring the case to an ADR process unless otherwise ordered).
24
25
26
27
28

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS;
CASE NO. CV 07 5936 MHP

Dated: February 19, 2008

                        /s/ May Antoinette G. Teodoro
May Antoinette G. Teodoro, Esq.
Attorney for Plaintiff Throy Otanes

Dated: February 19, 2008

                        /s/ Lisa M. van Krieken
Lisa M. van Krieken
Attorneys for Defendants
Hyatt Corporation d/b/a/
Hyatt Regency San Francisco Airport,
Jimmy Flores, Ron Gray,
Tom Phipps and Jose Reyes

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to: <u>Early Neutral Evaluation (ENE)</u>.

Deadline for ADR session:

   __X__ 90 days from the date of this order.

   ____ Other: _____.

IT IS SO ORDERED.

Dated: 2/21/2008

_____
IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

47903\5035\589312.1

-2-