# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Otanes,<br><br>                    Plaintiff(s),<br><br>     v.<br><br>Hyatt Regency Hotel,<br><br>                    Defendant(s). | 07-05936 MHP ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

**Eric P. Angstadt**
Miller & Angstadt
1910 Olympic Blvd., Suite 220
Walnut Creek, CA 94596
925-930-9255

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-05936 MHP ENE                                         - 1 -

1   Counsel are reminded that the written ENE statements required by the ADR L.R.
2   5-8 shall NOT be filed with the court.
3
4   Dated: March 5, 2008

                                          RICHARD W. WIEKING
                                          Clerk
                                          by:    Alice M. Fiel

                                          _____
                                          ADR Case Administrator
                                          415-522-3148
                                          Alice_Fiel@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Evaluator**
07-05936 MHP ENE                       - 2 -