**United States District Court**
For the Northern District of California

1
2
3
4
5                       UNITED STATES DISTRICT COURT

6                     NORTHERN DISTRICT OF CALIFORNIA

7

8    THROY OTANES,                                No. C 07-05936  MHP

9              Plaintiff(s),                      **CLERK'S NOTICE**
                                                  **(Rescheduling Case Management Conference)**
10      v.

11   HYATT REGENCY HOTEL-BURMINGHAM
     et al,
12
               Defendant(s).
13   _____/

14

15
        Due to congestion of court calendar, the case management conference in this matter currently
16
     set for March 10, 2008, is hereby rescheduled to **March 12, 2008, at 3:00 p.m.**
17

18

19
                                        Richard W. Wieking
20                                      Clerk, U.S. District Court

21

22
     Dated:  March 7, 2008               Anthony Bowser, Deputy Clerk to the
23                                       Honorable Marilyn Hall Patel
                                              (415) 522-3140
24

25

26

27

28