1  M.G. TEODORO LAW
   May Antoinette G. Teodoro (CSB No. 169494, mgteodoro@aol.com)
2  1625 The Alameda, Suite 800
   San Jose, CA 95126
3  (408) 491-9756

4  Attorney for Plaintiff Throy Otanes

5  FOLGER LEVIN & KAHN LLP
   Lisa M. van Krieken (CSB No. 121808, lvankrieken@flk.com)
6  Genevieve E. Evarts (CSB No. 226874, gevarts@flk.com)
   Embarcadero Center West
7  275 Battery Street, 23rd Floor
   San Francisco, CA  94111
8  Telephone: (415) 986-2800
   Facsimile: (415) 986-2827
9
   Attorneys for Defendants Hyatt Corporation
10 dba Hyatt Regency San Francisco Airport, Jimmy
   Flores, Ron Gray, Tom Phipps and Jose Reyes
11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14

15

16 THROY OTANES,                         Case No.  CV 07 5936 MHP

17           Plaintiff,
                                         **STIPULATION TO CONTINUE CASE
18      v.                               MANAGEMENT CONFERENCE AND
                                         [PROPOSED] ORDER**
19 HYATT REGENCY HOTEL
   (BURLINGAME), JIMMY FLORES,
20 RON GRAY, TOM PHIPPS, JOSE
   REYES, and DOES ONE through FIFTY,   Complaint Filed in State Court:  May 15, 2007
21
             Defendants.
22

23

24      A Case Management Conference in the above-referenced matter which was previously

25 scheduled for March 10, 2008 at 4:00 p.m. was rescheduled to March 12, 2008 at 3:00 p.m. by the

26 Court.

27      Counsel for Plaintiff, however, has a deposition scheduled on March 12, 2008 and

28 informed counsel for Defendants about the conflict.  Counsel for Defendants agreed to reschedule

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE AND PROPOSED ORDER;
CASE NO. CV 07 5936 MHP

1  the Case Management Conference due to the conflict.  Accordingly, the parties respectfully
2  request that the Case Management Conference currently scheduled for March 12, 2008 be taken
3  off-calendar and continued to March 24, 2008 at 4:00 p.m.

Dated: March __10___, 2008                     M.G. TEODORO LAW

                                                /s/ *May Antoinette G. Teodoro*
                                                    (as approved 3/10/08)

                                                May Antoinette G. Teodoro
                                                Attorney for Plaintiff

Dated: March __10___, 2008                     FOLGER LEVIN & KAHN LLP

                                                /s/ *Lisa M. van Krieken*

                                                Lisa M. van Krieken
                                                Attorneys for Defendants
                                                Hyatt Corporation dba Hyatt Regency San Francisco
                                                Airport, Jimmy Flores, Ron Gray, Tom Phipps
                                                and Jose Reyes

## [PROPOSED] ORDER

Pursuant to the above Stipulation, the Case Management Conference is hereby continued to March 24, 2008 at 4:00 p.m.

DATED:_____            _____
                                   HON. MARILYN HALL PATEL
                                   United States District Court Judge

47903\5035\592053.1

-2-

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE AND PROPOSED ORDER;
CASE NO. CIV 463003