1   M.G. TEODORO LAW
    May Antoinette G. Teodoro (CSB No. 169494, mgteodoro@aol.com)
2   1625 The Alameda, Suite 800
    San Jose, CA 95126
3   (408) 491-9756

4   Attorney for Plaintiff Throy Otanes

5   FOLGER LEVIN & KAHN LLP
    Lisa M. van Krieken (CSB No. 121808, lvankrieken@flk.com)
6   Genevieve E. Evarts (CSB No. 226874, gevarts@flk.com)
    Embarcadero Center West
7   275 Battery Street, 23rd Floor
    San Francisco, CA  94111
8   Telephone: (415) 986-2800
    Facsimile: (415) 986-2827
9
    Attorneys for Defendants Hyatt Corporation
10  dba Hyatt Regency San Francisco Airport, Jimmy
    Flores, Ron Gray, Tom Phipps and Jose Reyes

11

12                       UNITED STATES DISTRICT COURT

13                      NORTHERN DISTRICT OF CALIFORNIA

14

15

16  | THROY OTANES,                              | Case No.  CV 07 5936 MHP

17  |         Plaintiff,

18  |     v.                                     | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**

19  | HYATT REGENCY HOTEL
    | (BURLINGAME), JIMMY FLORES,
20  | RON GRAY, TOM PHIPPS, JOSE
    | REYES, and DOES ONE through FIFTY,          | Complaint Filed in State Court:  May 15, 2007
21  |
    |         Defendants.
22

23

24      A Case Management Conference in the above-referenced matter which was previously

25  scheduled for March 10, 2008 at 4:00 p.m. was rescheduled to March 12, 2008 at 3:00 p.m. by the

26  Court.

27      Counsel for Plaintiff, however, has a deposition scheduled on March 12, 2008 and

28  informed counsel for Defendants about the conflict.  Counsel for Defendants agreed to reschedule

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE AND PROPOSED ORDER;
CASE NO. CV 07 5936 MHP

1 | the Case Management Conference due to the conflict.  Accordingly, the parties respectfully
2 | request that the Case Management Conference currently scheduled for March 12, 2008 be taken
3 | off-calendar and continued to March 24, 2008 at 4:00 p.m.

Dated: March __10__, 2008           M.G. TEODORO LAW

/s/ *May Antoinette G. Teodoro*
(as approved 3/10/08)

May Antoinette G. Teodoro
Attorney for Plaintiff

Dated: March __10__, 2008           FOLGER LEVIN & KAHN LLP

/s/ *Lisa M. van Krieken*

Lisa M. van Krieken
Attorneys for Defendants
Hyatt Corporation dba Hyatt Regency San Francisco
Airport, Jimmy Flores, Ron Gray, Tom Phipps
and Jose Reyes

### [~~PROPOSED~~] ORDER

Pursuant to the above Stipulation, the Case Management Conference is hereby continued to March 24, 2008 at 4:00 p.m.

DATED: 3/11/2008

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

47903\5035\592053.1

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

-2-

STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE AND PROPOSED ORDER;
CASE NO. CIV 463003