**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: March 24, 2008

Case No.   C07-5936 MHP          Judge: MARILYN H. PATEL

Title: Throy Otanes -v- Hyatt Regency Hotel-Burlinghamn, et al.

Attorneys:  Plf: May Antoinette Tedoro
            Dft: Lisa Van Krieken and Genevieve Evarts

Deputy Clerk: Frank Justiliano   Court Reporter: Belle Ball

**PROCEEDINGS**

1)   Case Management Conference - Held.

**ORDERED AFTER HEARING:**

Parties represented that they have a tentative ENE mediation date of May 19, 2008.
A Further Case Management Conference is set for June 9, 2008 at 3:00 p.m.   Joint CMC supplement statements due by June 2, 2008.