LAW OFFICES OF
# MILLER & ANGSTADT
PROFESSIONAL CORPORATION

1910 OLYMPIC BOULEVARD
SUITE 220
WALNUT CREEK, CALIFORNIA 94596
TELEPHONE: (925) 930-9255
FACSIMILE: (925) 930-7595
Internet Address: www.ma-law.com

DAVID MILLER

ERIC P. ANGSTADT

April 8, 2008

OAKLAND OFFICE:

915 FINANCIAL CENTER BUILDING
405 FOURTEENTH STREET
OAKLAND, CALIFORNIA 94612
(510) 893-0990

May Antoinette G. Teodoro
M. G. TEODORO LAW
1625 The Alameda, Suite 800
San Jose, California 95126

Genevieve E. Evarts
Lisa McCabe VanKrieken
FOLGER LEVIN & KAHN LLP
275 Battery Street, 23rd Floor
San Francisco, California 94111

Re:   *Throy Otanes v. Hyatt Regency Hotel*
       United States District Court, Northern District (San Francisco)
       Case No.: C 3:07-cv-05936-MHP

Dear Counsel:

This letter will serve as confirmation for the mediation date in the above entitled action. The mediation date is May 6, 2008 at 10:00 a.m. in our office in Walnut Creek. I have enclosed a mediation agreement for your review and execution. Please execute this agreement and return a fully executed agreement to my office prior to the mediation. Please submit your mediation briefs to my office by no later than April 29, 2008.

I look forward to assisting you on this case.

Very truly yours,

MILLER & ANGSTADT

Eric P. Angstadt

EPA:eag
Enclosure
cc:   Clerk's Office - ADR Unit.