```
                                                    FILED
                                                    MAY 1 2 2008
                                                    RICHARD W. WIEKING
                                                    CLERK, U.S. DISTRICT COURT
                                                    NORTHERN DISTRICT OF CALIFORNIA
```

# UNITED STATES DISTRICT COURT

## Northern District of California

Otanes,

    Plaintiff(s),

v.

Hyatt Regency Hotel,

    Defendant(s).

No. C 07-05936 MHP ENE

**Certification of ADR Session**

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☑ Mediation or ☐ ENE session on (date) May 6, 2008

2. Did the case settle?   ☐ fully   ☐ partially   ☑ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☑ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☑ YES   ☐ NO

Dated: May 6, 2008          *Eric P. Angstadt*
                                            Evaluator, Eric P. Angstadt
                                            Miller & Angstadt
                                            1910 Olympic Blvd., Suite 220
                                            Walnut Creek, CA 94596

**Certification of ADR Session**
07-05936 MHP ENE