FOLGER LEVIN & KAHN LLP
Lisa M. van Krieken (CSB No. 121808, lvankrieken@flk.com)
Genevieve E. Evarts (CSB No. 226874, gevarts@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Defendants Hyatt Corporation
dba Hyatt Regency San Francisco Airport, Jimmy
Flores, Ron Gray, Tom Phipps and Jose Reyes


M.G. TEODORO LAW
May Antoinette G. Teodoro (CSB No. 169494, mgteodoro@aol.com)
1625 The Alameda, Suite 800
San Jose, CA 95126
Telephone: (408) 491-9756
Facsimile: (408) 491-9760

Attorney for Plaintiff Throy Otanes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THROY OTANES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HYATT REGENCY HOTEL (BURLINGAME), JIMMY FLORES, RON GRAY, TOM PHIPPS, JOSE REYES, and DOES ONE through FIFTY,<br><br>　　　　Defendants. | Case No. CV 07 5936 MHP<br><br>**JOINT UPDATED CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] ORDER**<br><br>Complaint Filed in State Court: May 15, 2007 |

  Pursuant to Civil Local Rule 16-10(d), the parties to the above-entitled action, defendants Hyatt Corporation dba Hyatt Regency San Francisco Airport, Jimmy Flores, Ron Gray, Tom Phipps and Jose Reyes (collectively "Defendants"), and plaintiff Throy Otanes ("Plaintiff"), jointly submit this Updated Case Management Statement and Proposed Order and request the Court to adopt it as its Case Management Order in this case.

## I. Progress Since Last Case Management Conference

Since the initial Case Management Conference in this matter on March 24, 2008, the parties completed the exchange of their initial disclosures and attended an Early Neutral Evaluation session with Eric P. Angstadt on May 6, 2008. Prior to the ENE session, the parties prepared written ENE Statements that were submitted to Mr. Angstadt on April 29, 2008. Although the parties agreed to conduct the session more as a mediation than an ENE, the matter ultimately did not settle. No further follow-up sessions were scheduled with Mr. Angstadt.

Plaintiff also prepared a Proposed Stipulated Order to dismiss Plaintiff's breach of contract and breach of the covenant of good faith and fair dealing causes of action from the Complaint, which Plaintiff will file with the Court.

## II. Scheduling

In the Joint Case Management Statement filed by the parties on March 3, 2008, a tentative set of scheduling deadlines was proposed. The parties have met and conferred regarding a revised timeline and accordingly propose the following scheduling deadlines:

| | | |
|---|---|---|
| A. | Non-Expert Discovery Cut-off: | November 14, 2008 |
| B. | Designation of Experts:<br>(Parties shall conform to Fed.R.Civ.P. 26(a)(2)) | December 1, 2008 |
| C. | Expert Discovery Cut-off: | December 30, 2008 |
| D. | Dispositive Motions (Last Day for Hearing): | February 13, 2009 |
| E. | Pre-Trial Conference: | April 13, 2009 |
| F. | Trial: | April 20, 2009 |

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT
AND [PROPOSED] ORDER; CASE NO. CV 07 5936 MHP

| | |
|---|---|
| Dated: June 2, 2008 | FOLGER LEVIN & KAHN LLP |
| | /s/ *Lisa M. van Krieken* |
| | Lisa M. van Krieken<br>Attorneys for Defendants Hyatt Corporation dba Hyatt Regency San Francisco Airport, Jimmy Flores, Ron Gray, Tom Phipps and Jose Reyes |
| Dated: June 2, 2008 | M.G. TEODORO LAW |
| | /s/ *May Antoinette G. Teodoro*<br>*(as authorized 05/30/08)* |
| | May Antoinette G. Teodoro<br>Attorney for Plaintiff Throy Otanes |

-3-

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT
AND [PROPOSED] ORDER; CASE NO. CV 07 5936 MHP

## PROPOSED ORDER

The court finds that each party was represented by lead trial counsel responsible for trial of this matter and was given an opportunity to be heard as to all matters encompassed by this Case Management Statement and Proposed Order filed prior to this conference.

The foregoing joint statement is adopted by this court as the Case Management Order in this action in accordance with Civ. L.R. 16 and other applicable Local Rules, and shall govern all further proceedings in this action.

IT IS SO ORDERED.

**Dated:**

          **MARILYN HALL PATEL**
          **United States District Court Judge**

47903\5035\603443.1