May Antoinette G. Teodoro, Esq.
State Bar No. 169494
LASET & TEODORO
1625 The Alameda, Ste. 800
San Jose, California 95126
Telephone: (408) 491-9752
Facsimile: (408) 491-9760

Attorney for Plaintiff
THROY OTANES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THROY OTANES,<br><br>        Plaintiff,<br><br>vs.<br><br>HYATT REGENCY HOTEL (BURLINGAME), ET AL.<br><br>        Defendant. | CASE NO. CV 07 5936 MHP<br><br>[PROPOSED] STIPULATED ORDER TO DISMISS PLAINTIFF'S CAUSE OF ACTION FOR BREACH OF CONTRACT AND CAUSE OF ACTION FOR BREACH OF THE COVENANT OF GOOD FAITH AND FAIR DEALING |

    Plaintiff THROY OTANES, by and through her counsel of record, May Antoinette G. Teodoro, and defendants HYATT REGENCY CORPORATION dba HYATT REGENCY SAN FRANCISCO AIRPORT (erroneously named HYATT REGENCY HOTEL [BURLINGAME]), JIMMY FLORES,

1    RON GRAY, TOM PHIPPS and JOSE REYES, by and through his attorney of record, Lisa M. van

2    Krieken, hereby stipulate as follows:

3        1.    Both counsels met and conferred on the viability of two (2) causes of action of the

4    plaintiff's Complaint, to wit: (a) First Cause of Action for Breach of Contract against defendant HYATT

5    CORPORATION dba HYATT REGENCY SAN FRANCISCO AIRPORT and (b) Second Cause of

6/7    Action for Breach of the Covenant of Good Faith and Fair Dealing against defendant HYATT

8    CORPORATION dba HYATT REGENCY SAN FRANCISCO AIRPORT, and agreed that under the

9    facts of the case, said causes of action cannot be sustained.

10        2.    In order to prevent unnecessary expense or needlessly delay the proceedings, Counsels

11/12    agree to have said causes of action dismissed without further need for plaintiff to amend her Complaint

13    or require defendant to file amended Answer.

Dated: _____
                              _____
                              MAY ANTOINETTE G. TEODORO
                              Attorney for Plaintiff THHROY OTANES

Dated: _____
                              _____
                              LISA M. VAN KRIEKEN
                              Attorney for Defendant HYATT CORPORATION
                              dba HYATT REGENCY SAN FRANCISCO
                              AIRPORT, JIMMY FLORES, RON GRAY,
                              TOM PHIPPS and JOSE REYES

**PROPOSED ORDER**

    Good cause appearing, the foregoing stipulation is adopted by this court as the Order in this action and shall govern all further proceedings in this action.

    IT IS SO ORDERED.


Dated: _____

                                      **MARILYN HALL PATEL**
                                      **United States District Court Judge**