**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: June 9, 2008

Case No.   C 07-5936  MHP             Judge: MARILYN H. PATEL

Title: THROY OTANES -v- HYATT REGENCY HOTEL-BURLINGHAM et al

Attorneys:  Plf: May Anne Teodoro
            Dft: Lisa McCa, Genevieve Evans

Deputy Clerk:  Anthony Bowser   Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)   Status Conference

2)

3)

**ORDERED AFTER HEARING:**

Counsel submit after further discussion; Jury Trial set for 4/21/2009 at 8:30 am; Disclosure deadline for witness (case in chief) not later than 8/14/2008; Final dispositive hearing 2/16/2009 at 2:00 pm;