FOLGER LEVIN & KAHN LLP
Lisa M. van Krieken (CSB No. 121808, lvankrieken@flk.com)
Genevieve E. Evarts (CSB No. 226874, gevarts@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Defendants Hyatt Corporation
d/b/a Hyatt Regency San Francisco Airport, Jimmy
Flores, Ron Gray, Tom Phipps and Jose Reyes

M.G. TEODORO LAW
May Antoinette G. Teodoro (CSB No. 169494, mgteodoro@aol.com)
1625 The Alameda, Suite 800
San Jose, CA 95126
(408) 491-9756

Attorney for Plaintiff Throy Otanes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THROY OTANES, | Case No. CV 07 5936 MHP |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF FINAL DISPOSITIVE HEARING DATE** |
| HYATT REGENCY HOTEL (BURLINGAME), JIMMY FLORES, RON GRAY, TOM PHIPPS, JOSE REYES, and DOES ONE through FIFTY, | Complaint Filed in State Court: May 15, 2007 |
| Defendants. | Trial Date: April 21, 2009 |

IT IS HEREBY STIPULATED AND AGREED to by and between defendants Hyatt Corporation d/b/a Hyatt Regency San Francisco Airport, Jimmy Flores, Ron Gray, Tom Phipps and Jose Reyes (collectively "Defendants"), and plaintiff Throy Otanes ("Plaintiff"), through their counsel of record, that the final dispositive hearing date in this action shall be continued from Monday, February 16, 2009 at 2:00 p.m. to Monday, February 23, 2009 at 2:00 p.m.

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

STIPULATION AND [PROPOSED] ORDER
REGARDING CONTINUANCE OF DISPOSITIVE
HEARING DATE; CASE NO. CV 07 5936 MHP

1        The Court's Civil Pretrial Minutes from the Case Management Conference held on June 9,
2  2008 set the final dispositive hearing date for Monday, February 16, 2009 at 2:00 p.m., but since
3  Monday, February 16, 2009 is a Court holiday, the parties respectfully request that the final
4  dispositive hearing date in this matter be continued to Monday, February 23, 2009 at 2:00 p.m.

5        Respectfully Submitted,

7  Dated: August 11, 2008                     FOLGER LEVIN & KAHN LLP

8                                        /s/ *Genevieve E. Evarts*

9                                        Genevieve E. Evarts
          Attorneys for Defendants Hyatt Corporation dba Hyatt
10           Regency San Francisco Airport, Jimmy Flores, Ron
                        Gray, Tom Phipps and Jose Reyes

11 Dated: August 11, 2008                     M.G. TEODORO LAW

12                                     /s/ *May Antoinette G. Teodoro*
13                                   (as approved 8/6/08)

14                                 May Antoinette G. Teodoro
                            Attorney for Plaintiff Throy Otanes

17       IT IS SO ORDERED.

18 **Dated:** _____
19                                **MARILYN HALL PATEL**
                               **United States District Court Judge**

20 47903\5035\612207.1