May Antoinette G. Teodoro, Esq.
State Bar No. 169494
M.G.TEODORO LAW
1625 The Alameda, Ste. 800
San Jose, California 95126
Telephone: (408) 491-9752
Facsimile: (408) 491-9760

Attorney for Plaintiff
THROY OTANES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THROY OTANES,<br><br>          Plaintiff,<br><br>vs.<br><br>HYATT REGENCY HOTEL (BURLINGAME), ET AL.<br><br>          Defendant. | CASE NO. CV 07 5936 MHP<br><br>[PROPOSED] STIPULATED ORDER TO DISMISS PLAINTIFF'S CAUSE OF ACTION FOR BREACH OF CONTRACT AND CAUSE OF ACTION FOR BREACH OF THE COVENANT OF GOOD FAITH AND FAIR DEALING |

      Plaintiff THROY OTANES, by and through her counsel of record, May Antoinette G. Teodoro, and defendants HYATT REGENCY CORPORATION dba HYATT REGENCY SAN FRANCISCO AIRPORT (erroneously named HYATT REGENCY HOTEL [BURLINGAME]), JIMMY FLORES,

RON GRAY, TOM PHIPPS and JOSE REYES, by and through his attorney of record, Lisa M. van Krieken, hereby stipulate as follows:

1.     Both counsels met and conferred on the viability of two (2) causes of action of the plaintiff's Complaint, to wit: (a) First Cause of Action for Breach of Contract against defendant HYATT CORPORATION dba HYATT REGENCY SAN FRANCISCO AIRPORT and (b) Second Cause of Action for Breach of the Covenant of Good Faith and Fair Dealing against defendant HYATT CORPORATION dba HYATT REGENCY SAN FRANCISCO AIRPORT, and agreed that under the facts of the case, said causes of action cannot be sustained.

2.     In order to prevent unnecessary expense or needlessly delay the proceedings, Counsels agree to have said causes of action dismissed without further need for plaintiff to amend her Complaint or require defendant to file amended Answer.

Dated:  August 11, 2008           /s/ *May Antoinette G. Teodoro*
                                  MAY ANTOINETTE G. TEODORO
                                  Attorney for Plaintiff THHROY OTANES

Dated:  August 11, 2008           /s/ *Lisa M. van Krieken*
                                  LISA M. VAN KRIEKEN
                                  Attorney for Defendant HYATT CORPORATION
                                  dba HYATT REGENCY SAN FRANCISCO
                                  AIRPORT, JIMMY FLORES, RON GRAY,
                                  TOM PHIPPS and JOSE REYES

## **PROPOSED ORDER**

Good cause appearing, the foregoing stipulation is adopted by this court as the Order in this action and shall govern all further proceedings in this action.

IT IS SO ORDERED.


Dated: _____            _____
                                                       **MARILYN HALL PATEL**
                                                       **United States District Court Judge**

47903\5035\613436.1