1  FOLGER LEVIN & KAHN LLP
   Lisa M. van Krieken (CSB No. 121808, lvankrieken@flk.com)
2  Genevieve E. Evarts (CSB No. 226874, gevarts@flk.com)
   Embarcadero Center West
3  275 Battery Street, 23rd Floor
   San Francisco, CA 94111
4  Telephone: (415) 986-2800
   Facsimile: (415) 986-2827
5
   Attorneys for Defendants Hyatt Corporation
6  d/b/a Hyatt Regency San Francisco Airport, Jimmy
   Flores, Ron Gray, Tom Phipps and Jose Reyes
7

8  M.G. TEODORO LAW
   May Antoinette G. Teodoro (CSB No. 169494, mgteodoro@aol.com)
9  1625 The Alameda, Suite 800
   San Jose, CA 95126
10 (408) 491-9756

11 Attorney for Plaintiff Throy Otanes

12

13                  UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15

| 16 | THROY OTANES, | Case No. CV 07 5936 MHP |
|---|---|---|
| 17 | Plaintiff, | |
| 18 | v. | **STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF FINAL DISPOSITIVE HEARING DATE** |
| 19 | HYATT REGENCY HOTEL (BURLINGAME), JIMMY FLORES, RON GRAY, TOM PHIPPS, JOSE REYES, and DOES ONE through FIFTY, | |
| 20 | | Complaint Filed in State Court: May 15, 2007 |
| 21 | Defendants. | Trial Date: April 21, 2009 |

        IT IS HEREBY STIPULATED AND AGREED to by and between defendants Hyatt

Corporation d/b/a Hyatt Regency San Francisco Airport, Jimmy Flores, Ron Gray, Tom Phipps

and Jose Reyes (collectively "Defendants"), and plaintiff Throy Otanes ("Plaintiff"), through their

counsel of record, that the final dispositive hearing date in this action shall be continued from

Monday, February 16, 2009 at 2:00 p.m. to Monday, February 23, 2009 at 2:00 p.m.

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

STIPULATION AND [PROPOSED] ORDER
REGARDING CONTINUANCE OF DISPOSITIVE
HEARING DATE; CASE NO. CV 07 5936 MHP

The Court's Civil Pretrial Minutes from the Case Management Conference held on June 9, 2008 set the final dispositive hearing date for Monday, February 16, 2009 at 2:00 p.m., but since Monday, February 16, 2009 is a Court holiday, the parties respectfully request that the final dispositive hearing date in this matter be continued to Monday, February 23, 2009 at 2:00 p.m.

Respectfully Submitted,

Dated: August 11, 2008              FOLGER LEVIN & KAHN LLP

/s/ *Genevieve E. Evarts*

Genevieve E. Evarts
Attorneys for Defendants Hyatt Corporation dba Hyatt Regency San Francisco Airport, Jimmy Flores, Ron Gray, Tom Phipps and Jose Reyes

Dated:  August 11, 2008              M.G. TEODORO LAW

/s/ *May Antoinette G. Teodoro*
(as approved 8/6/08)

May Antoinette G. Teodoro
Attorney for Plaintiff Throy Otanes

IT IS SO ORDERED.

**Dated:**  _____
**MARILYN HALL PATEL**
**United States District Court Judge**

47903\5035\612207.1