FOLGER LEVIN & KAHN LLP
Lisa M. van Krieken (CSB No. 121808, lvankrieken@flk.com)
Genevieve E. Evarts (CSB No. 226874, gevarts@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Defendants Hyatt Corporation
d/b/a Hyatt Regency San Francisco Airport, Jimmy
Flores, Ron Gray, Tom Phipps and Jose Reyes

M.G. TEODORO LAW
May Antoinette G. Teodoro (CSB No. 169494, mgteodoro@aol.com)
1625 The Alameda, Suite 800
San Jose, CA 95126
(408) 491-9756

Attorney for Plaintiff Throy Otanes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THROY OTANES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HYATT REGENCY HOTEL (BURLINGAME), JIMMY FLORES, RON GRAY, TOM PHIPPS, JOSE REYES, and DOES ONE through FIFTY,<br><br>　　　　Defendants. | Case No. CV 07 5936 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF FINAL DISPOSITIVE HEARING DATE**<br><br>Complaint Filed in State Court: May 15, 2007<br><br>Trial Date: April 21, 2009 |

　　　　IT IS HEREBY STIPULATED AND AGREED to by and between defendants Hyatt Corporation d/b/a Hyatt Regency San Francisco Airport, Jimmy Flores, Ron Gray, Tom Phipps and Jose Reyes (collectively "Defendants"), and plaintiff Throy Otanes ("Plaintiff"), through their counsel of record, that the final dispositive hearing date in this action shall be continued from Monday, February 16, 2009 at 2:00 p.m. to <u>Monday, February 23, 2009 at 2:00 p.m.</u>

1  The Court's Civil Pretrial Minutes from the Case Management Conference held on June 9, 2008 set the final dispositive hearing date for Monday, February 16, 2009 at 2:00 p.m., but since Monday, February 16, 2009 is a Court holiday, the parties respectfully request that the final dispositive hearing date in this matter be continued to Monday, February 23, 2009 at 2:00 p.m.

Respectfully Submitted,

Dated: August 11, 2008                              FOLGER LEVIN & KAHN LLP

/s/ *Genevieve E. Evarts*

Genevieve E. Evarts
Attorneys for Defendants Hyatt Corporation dba Hyatt Regency San Francisco Airport, Jimmy Flores, Ron Gray, Tom Phipps and Jose Reyes

Dated:  August 11, 2008                              M.G. TEODORO LAW

/s/ *May Antoinette G. Teodoro*
(as approved 8/6/08)

May Antoinette G. Teodoro
Attorney for Plaintiff Throy Otanes

IT IS SO ORDERED.

**Dated:**  8/13/2008

_____
MARILYN H. PATEL
United States District Judge

47903\5035\612207.1

[Stamp: IT IS SO ORDERED / Judge Marilyn H. Patel / United States District Court, Northern District of California]