```
1   May Antoinette G. Teodoro (SBN 169494)
2   M.G. TEODORO LAW
    1625 The Alameda, Ste. 800
3   San Jose, California 95126
    Telephone: (408) 491-9756
4   Facsimile:  (408) 491-9760
5   Attorney for Plaintiff
    THROY OTANES
6
7
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| THROY OTANES, | CASE NO. CV 07 5936 MHP |
|---|---|
| Plaintiff, | SUBSTITUTION OF ATTORNEY |
| vs. | (CIVIL/WITHOUT COURT ORDER) |
| HYATT REGENCY HOTEL, ET AL, | |
| Defendants. | |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT:

Plaintiff THROY OTANES makes the following substitution:

1. Former Legal Representative:    Attorney: MAY ANTOINETTE G. TEODORO

2. New Legal Representative:    Party Representing Self

   (a)   Name: THROY OTANES

   (b)   Address: 66 Bay Court, South San Francisco CA 94080

   (c)   Telephone Number: (650) 871-1496 (residence) (650) 455-0949 (mobile)

3. The party making this substitution is a plaintiff.

4. I consent to this substitution.

Date: 9/08/08

_____
THROY OTANES (Party Plaintiff)

5. I consent to this substitution.

Date: 9/8/08

_____
MAY ANTOINETTE G. TEODORO

6. I consent to this substitution.

Date: 9/08/08

_____
THROY OTANES (In Propria Persona)