May Antoinette G. Teodoro (SBN 169494)
M.G. TEODORO *LAW*
1625 The Alameda, Ste. 800
San Jose, California 95126
Telephone: (408) 491-9756
Facsimile:   (408) 491-9760
Attorney for Plaintiff
THROY OTANES

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THROY OTANES,<br><br>    Plaintiff,<br><br>vs.<br><br>HYATT REGENCY HOTEL<br>(BURLINGAME), ET AL,<br><br>    Defendant. | CASE NO. CV 07 5936 MHP |

I, the undersigned, declare as follows:

I am over the age of eighteen years, not a party to the within action and my business address is 1625 The Alameda, Ste. 800, San Jose, CA 95126. On **September 10, 2008**, I served Substitution of Attorney and this proof of service to the named parties below by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the United States mail at San Jose, California, addressed as follows:

FOLGER LEVIN & KAHN
Lisa M. van Krieken/Genevieve Evarts
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco CA 94111

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 10th day of August 2008 at San Jose, California.

_____
JOHANNES IGNACIO