1  FOLGER LEVIN & KAHN LLP
   Lisa M. van Krieken  (CSB No. 121808, lvankrieken@flk.com)
2  Genevieve E. Evarts (CSB No. 226874, gevarts@flk.com)
   Embarcadero Center West
3  275 Battery Street, 23rd Floor
   San Francisco, CA  94111
4  Telephone: (415) 986-2800
   Facsimile: (415) 986-2827
5
   Attorneys for Defendants Hyatt Corporation
6  d/b/a Hyatt Regency San Francisco Airport, Jimmy
   Flores, Ron Gray, Tom Phipps and Jose Reyes
7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | THROY OTANES,                          | Case No. CV 07 5936 MHP
12 |           Plaintiff,                   |
13 |     v.                                 | **STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL**
14 | HYATT REGENCY HOTEL
15 | (BURLINGAME), JIMMY FLORES,
   | RON GRAY, TOM PHIPPS, JOSE
16 | REYES, and DOES ONE through FIFTY,
17 |           Defendants.

18

19       IT IS HEREBY STIPULATED AND AGREED by and between Defendants Hyatt

20 Corporation d/b/a Hyatt Regency San Francisco Airport, Jimmy Flores, Ron Gray, Tom Phipps

21 and Jose Reyes ("Defendants") and Plaintiff Throy Otanes ("Plaintiff"), that the above-captioned

22 action be and hereby is dismissed with prejudice as to all claims by Plaintiff against Defendants

23 and all named defendants, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).  Each

24 party will bear their own costs and fees in connection with the action.

25

26

27

28

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

STIPULATION OF DISMISSAL AND ORDER OF
DISMISSAL; CASE NO. CV 07 5936 MHP

The parties request that the Court enter an order consistent with this Stipulation.

Respectfully submitted,

Dated: October 27, 2008                                    FOLGER LEVIN & KAHN LLP

/s/Genevieve E. Evarts
Genevieve E. Evarts
Attorneys for Defendants Hyatt Corporation
d/b/a Hyatt Regency San Francisco Airport, Jimmy
Flores, Ron Gray, Tom Phipps and Jose Reyes

Dated:  October 27, 2008

/s/Throy Otanes
Throy Otanes
*In Pro Per*

## ORDER OF DISMISSAL

**PURSUANT TO STIPULATION, IT IS ORDERED THAT THIS MATTER IS DISMISSED AS TO ALL PARTIES WITH PREJUDICE.**

Dated:  11/14/2008

The Honorable Marilyn H. Patel
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel

**PROOF OF SERVICE**

I, Genevieve E. Evarts, state:

My business address is Embarcadero Center West, 275 Battery Street, 23rd Floor, San Francisco, California 94111. I am over the age of eighteen years and not a party to this action.

On October 27, 2008, at approximately 4:00 p.m., I served a copy of the following document(s):

**STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL**

on the following person(s) in this action:

**Throy Otanes
66 Bay Court
South San Francisco, CA 94080**

by personally delivering the document(s) to above-listed person.

For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on October 27, 2008, at San Francisco, California.

    /s/Genevieve E. Evarts
Genevieve E. Evarts

47965\5073\622363.1